In the Matter of ISAAC G. JOHNSON AND COMPANY, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

(Argued January 17, 1930; decided March 18, 1930.)

*Hamilton Ward*, Attorney-General (*Eugene L. Brisach* and *Charles E. Congdon* of counsel), for appellant.

*John Jay McKelvey, Morgan J. O'Brien, Martin Conboy* and *Harry B. Chambers* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.